UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com

Order Filed on March 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Natalie Marie Coniglio

Case No.:   16-10217-MBK

Chapter:   13

Judge:   Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Gorski & Knowlton, PC, Allen I. Gorski, Esquire___, the applicant, is allowed a fee of $ _____4440.00_____ for services rendered and expenses in the amount of $_____82.93_____ for a net total of $_____4522.93_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Natalie Maria Coniglio  
    Debtor

Case No. 16-10217-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db          +Natalie Maria Coniglio,   803 Silver Court,    Trenton, NJ 08690-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:

         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Allen I Gorski    on behalf of Spec. Counsel Andrew M. Kusnirik, III agorski@gorskiknowlton.com  
         Allen I Gorski    on behalf of Debtor Natalie Maria Coniglio agorski@gorskiknowlton.com  
         Allyson Virginia Cofran    on behalf of Creditor    Grandville COA acofran@stark-stark.com,  
          dcrivaro@stark-stark.com;JHanley@stark-stark.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for  
      Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under  
      the laws of the United States of America cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for  
      Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
      rsolarz@kmllawgroup.com  
                                                                                                     TOTAL: 9