| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor, **Nationstar Mortgage LLC**<br><br>By: Maria Cozzini, Esq. | **Order Filed on April 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Natalie Maria Coniglio**<br><br>Debtor(s) | Case No.: **16-10217-MBK**<br>Chapter: 13<br>Hearing Date: **April 09, 2019**<br>Judge: **Michael B. Kaplan** |

## ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through  __2__  is hereby **ORDERED**.

**DATED: April 13, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

-7-

(Page 2)
Debtor: **Natalie Maria Coniglio**
Case No.: **16-10217-MBK**
Caption of Order: **Order on Motion to Allow Late Filing of Proof of Claim**

Upon the Motion of **Nationstar Mortgage LLC**, "Secured Creditor" to allow the late filing of its Proof of Claim as to certain real property described as **803 SILVER CT UNIT C0803, HAMILTON SQUARE, NJ 08690,** and no opposition having been timely received, and for cause shown, it is

ORDERED as follows:

1. Despite the **May 04, 2016** bar date, the late filing of Creditor's Proof of Claim be allowed, is allowed and deemed timely filed.

2. It is further ORDERED that the Chapter 13 Trustee shall pay the Creditor's Claim in accordance with the confirmation order as a general secured claim.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.