UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway - Suite 302
Roseland, NJ 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Attorneys for Secured Creditor, **Nationstar Mortgage LLC**

By: Maria Cozzini, Esq.

---

In Re:

**Natalie Maria Coniglio**

        Debtor(s)

Case No.: **16-10217-MBK**
Chapter: 13
Hearing Date: **April 09, 2019**
Judge: **Michael B. Kaplan**

**Order Filed on April 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: April 13, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: **Natalie Maria Coniglio**
Case No.: **16-10217-MBK**
Caption of Order: **Order on Motion to Allow Late Filing of Proof of Claim**

Upon the Motion of **Nationstar Mortgage LLC**, "Secured Creditor" to allow the late filing of its Proof of Claim as to certain real property described as **803 SILVER CT UNIT C0803, HAMILTON SQUARE, NJ 08690,** and no opposition having been timely received, and for cause shown, it is

ORDERED as follows:

1. Despite the **May 04, 2016** bar date, the late filing of Creditor's Proof of Claim be allowed, is allowed and deemed timely filed.

2. It is further ORDERED that the Chapter 13 Trustee shall pay the Creditor's Claim in accordance with the confirmation order as a general secured claim.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

-8-

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-10217-MBK
Natalie Maria Coniglio                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db              +Natalie Maria Coniglio,    803 Silver Court,    Trenton, NJ 08690-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Allen I Gorski    on behalf of Spec. Counsel Andrew M. Kusnirik, III agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Debtor Natalie Maria Coniglio agorski@gorskiknowlton.com
              Allyson Virginia Cofran    on behalf of Creditor   Grandville COA acofran@stark-stark.com,
               dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Maria  Cozzini    on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC mcozzini@sternlav.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
                                                                                  TOTAL: 12