Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−10217−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natalie Maria Coniglio
   803 Silver Court
   Trenton, NJ 08690

Social Security No.:
   xxx−xx−7883

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      5/27/20
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,200.00

EXPENSES
$25.68

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 23, 2020
JAN:

    Jeanne Naughton
    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 16-10217-MBK
Natalie Maria Coniglio                                            Chapter 13
      Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2                  Date Rcvd: Apr 23, 2020
                               Form ID: 137               Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db             +Natalie Maria Coniglio,    803 Silver Court,    Trenton, NJ 08690-3520
sp             +Andrew M. Kusnirik, III,    365 White Horse Ave,    Hamilton, NJ 08610-1423
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
sp             +R. David Blake,   5 Stults Avenue,    Hamilton, NJ 08619-2857
cr             +Seterus, Inc. as the authorized subservicer for Fe,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr             +Seterus, Inc., as authorized sub-servicer for Fede,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
515934016       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
516026643      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515934017      +Barclays Bank Delaware,    Po Box 8801,   Wilmington, DE 19899-8801
515934018      +Best buy/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516067438       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515934019       Capital Health,    Attn: Patient Accounts,    One Capital Way,    Pennington, NJ 08534-2520
516214457       Comprehensive Sleep Associates of NJ,    PO Box 8500-9052,    Philadelphia, PA 19178-9052
515934026      +Grandville Condo Association, Inc.,    c/o Stark and Stark,    PO Box 5315,
                 Princeton, NJ 08543-5315
515983686      +Grandville Condo. Assoc.,    Stark & Stark,   993 Lenox Dr.,    Lawrenceville, NJ 08648-2389
518503066      +Grandville Condominium Assoc,    c/o Donald M. Onorato, Esq.,    15 Bergen Street, 2nd Floor,
                 Hackensack, NJ 07601-5454
518160751      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
518184460      +Nationstar Mortgage LLC. d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
516145740      +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
515934029      +PNC Bank,   Mailstop: P5-PCLC-A1-R,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516214456       Perth Amboy Anesthesiology, PC,    Dept. #119,    P.O. Box 850001,    Orlando, Florida 32885-0001
515934028      +Pnc Bank,   Po Box 5570,    Cleveland, OH 44101-0570
515934030      +Pnc Bank, N.a.,   1 Financial Pkwy,    Kalamazoo, MI 49009-8002
516214458       QAR,   PO Box 239,    Gibbsboro, NJ 08026-0239
515934032       RMB, Inc.,   409 Bearden Park Circle,    Knoxville, TN 37919-7448
515934031       Raymour & Flanigan,    PO Box 130,   Liverpool, NY 13088-0130
515964306      +Santander Bank, N.A.,    601 Penn Street,   10-6438-FB7,    Reading, PA 19601-3563
516220350       Sovereign Bank,    C/o Dovenmuehle Mo,    Schaumburg, IL 60173
515934037      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
515934036      +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516102656      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    P.O. Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2020 23:37:32      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2020 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515934015       E-mail/Text: amscbankruptcy@adt.com Apr 23 2020 23:37:52      ADT Security Services,
                 PO Box 650485,    Dallas, TX 75265-0485
516035683      +E-mail/Text: amscbankruptcy@adt.com Apr 23 2020 23:37:52      ADT Security Svcs., Inc.,
                 3190 S. Vaughn Way,    Aurora, CO 80014-3512
515934020      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:29:15       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516022093       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:48
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516143015      +E-mail/Text: bncmail@w-legal.com Apr 23 2020 23:37:34      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515934022      +E-mail/Text: mediamanagers@clientservices.com Apr 23 2020 23:36:54       Client Services,
                 3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
515934024      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 23 2020 23:37:23       Comenity Bank/Pier 1,
                 Po Box 182125,    Columus, OH 43218-2125
515934023      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 23 2020 23:37:23       Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
515941936       E-mail/Text: mrdiscen@discover.com Apr 23 2020 23:36:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515934025      +E-mail/Text: mrdiscen@discover.com Apr 23 2020 23:36:58      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
515934021       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 23 2020 23:29:13       Chase Card Services,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
515934027      +E-mail/Text: bncnotices@becket-lee.com Apr 23 2020 23:37:04       Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516080322      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30       Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Apr 23, 2020
                              Form ID: 137              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516159676        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:32:53
                   Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,   Norfolk VA 23541
515934034       +E-mail/Text: DeftBkr@santander.us Apr 23 2020 23:37:28        Sovereign Bank,
                   Mail Code 10-6438CC7,    601Penn Street,    Reading, PA 19601-3553
515934035       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:46       Synchrony Bank/Old Navy,
                   Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
516143255       +E-mail/Text: bncmail@w-legal.com Apr 23 2020 23:37:34        TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515934033      ##Seterus,   PO Box 1077,   Hartford, CT  06143-1077
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Allen I Gorski    on behalf of Debtor Natalie Maria Coniglio agorski@gorskiknowlton.com
          Allen I Gorski    on behalf of Spec. Counsel Andrew M. Kusnirik, III agorski@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC hkaplan@rasnj.com,
           informationathnk@aol.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
           the laws of the United States of America cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
          Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
           National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the
           laws of the United States of America mcozzini@sternlav.com
          Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC mcozzini@sternlav.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Vincent   Commisa    on behalf of Creditor    Grandville COA vcommisa@vdclaw.com
                                                                                              TOTAL: 12
```