| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Natalie Maria Coniglio<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7883<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–10217–MBK | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Natalie Maria Coniglio

<u>6/4/21</u>      **By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| | |
|---|---|
| In re: | Case No. 16-10217-MBK |
| Natalie Maria Coniglio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 04, 2021 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie Maria Coniglio, 803 Silver Court, Trenton, NJ 08690-3520 |
| cr | + | Ajax Mortgage Loan Trust 2020-D, Mortgage-Backed S, c/o Gregory Funding LLC, PO Box 25430, Portland, OR 97298-0430 |
| sp | + | Andrew M. Kusnirik, III, 365 White Horse Ave, Hamilton, NJ 08610-1423 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| sp | + | R. David Blake, 5 Stults Avenue, Hamilton, NJ 08619-2857 |
| cr | + | Seterus, Inc. as the authorized subservicer for Fe, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 519021980 | | Ajax Mortgage Loan Trust 2020-D, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519021981 | + | Ajax Mortgage Loan Trust 2020-D, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2020-D c/o Gregory Funding LLC 90074-2334 |
| 516026643 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515934019 | | Capital Health, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 516214457 | + | Comprehensive Sleep Associates of NJ, 1401 Whitehorse-Mercerville Rd., Hamilton, NJ 08619-3835 |
| 515934026 | + | Grandville Condo Association, Inc., c/o Stark and Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 515983686 | + | Grandville Condo. Assoc., Stark & Stark, 993 Lenox Dr., Lawrenceville, NJ 08648-2389 |
| 518503066 | + | Grandville Condominium Assoc, c/o Donald M. Onorato, Esq., 15 Bergen Street, 2nd Floor, Hackensack, NJ 07601-5454 |
| 518160751 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518184460 | + | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 516214456 | | Perth Amboy Anesthesiology, PC, Dept. #119, P.O. Box 850001, Orlando, Florida 32885-0001 |
| 516214458 | | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 515934032 | + | RMB, Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 515934031 | | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 515964306 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 516102656 | + | Toyota Lease Trust, C/O Toyota Motor Credit Corporation, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515934015 | | Email/Text: amscbankruptcy@adt.com | Jun 04 2021 21:17:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 516035683 | + | Email/Text: amscbankruptcy@adt.com | Jun 04 2021 21:17:00 | ADT Security Svcs., Inc., 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 515934016 | | EDI: BANKAMER.COM | Jun 05 2021 00:23:00 | Bank Of America, 4060 Ogletown/Stanton Rd, |

| ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Newark, DE 19713 |
| 515934017 | + EDI: TSYS2.COM | Jun 05 2021 00:23:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 515934018 | + EDI: CITICORP.COM | Jun 05 2021 00:23:00 | Best buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516067438 | EDI: BL-BECKET.COM | Jun 05 2021 00:23:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515934020 | + EDI: CAPITALONE.COM | Jun 05 2021 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516022093 | EDI: CAPITALONE.COM | Jun 05 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516143015 | + Email/Text: bncmail@w-legal.com | Jun 04 2021 21:16:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515934022 | + Email/Text: mediamanagers@clientservices.com | Jun 04 2021 21:13:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 515934024 | + EDI: WFNNB.COM | Jun 05 2021 00:23:00 | Comenity Bank/Pier 1, Po Box 182125, Columus, OH 43218-2125 |
| 515934023 | + EDI: WFNNB.COM | Jun 05 2021 00:23:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 515941936 | EDI: DISCOVER.COM | Jun 05 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515934025 | + EDI: DISCOVER.COM | Jun 05 2021 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 515934021 | EDI: JPMORGANCHASE | Jun 05 2021 00:23:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 515934027 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 04 2021 21:14:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516080322 | + EDI: MID8.COM | Jun 05 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516145740 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 515934029 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | PNC Bank, Mailstop: P5-PCLC-A1-R, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 515934028 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 515934030 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 516159676 | EDI: PRA.COM | Jun 05 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516220350 | + Email/Text: DeftBkr@santander.us | Jun 04 2021 21:15:00 | Sovereign Bank, C/O Santander Bank, 601 Penn St, Reading, PA 19601-3553 |
| 515934034 | + Email/Text: DeftBkr@santander.us | Jun 04 2021 21:15:00 | Sovereign Bank, Mail Code 10-6438CC7, 601Penn Street, Reading, PA 19601-3553 |
| 515934035 | + EDI: RMSC.COM | Jun 05 2021 00:23:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516143255 | + Email/Text: bncmail@w-legal.com | Jun 04 2021 21:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515934037 | EDI: TFSR.COM | Jun 05 2021 00:23:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515934036 | + EDI: WTRRNBANK.COM | | |

| | Jun 05 2021 00:23:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| --- | --- | --- |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 515934033 | ## | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Natalie Maria Coniglio agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Spec. Counsel Andrew M. Kusnirik III agorski@gorskiknowlton.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com |
| Maria Cozzini | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC mcozzini@sternlav.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2020-D Mortgage-Backed Securities, Series 2020-D, by U.S. Bank National |

　　　　　　　　　　　　　　Association, as Indenture Trustee dnj@pbslaw.org

Sindi Mncina

　　　　　　　　　　　　　　on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

Vincent Commisa

　　　　　　　　　　　　　　on behalf of Creditor Grandville COA vcommisa@vdclaw.com

TOTAL: 14